IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

M. MELINDA BALLARD and
ELLEN B. BRANTLEY, as
guardian ad litem for R.C.A., a minor                    PLAINTIFFS

v.                          No. 4:12-cv-637-DPM

DELTA TRUST & BANK, as Trustee, and
ROBYN B. ZIPERSKI, as Trustee                    DEFENDANTS

### ORDER

By the Court's count, the period to substitute another plaintiff for Ms.

Ballard has expired. FED. R. CIV. P. 25(a)(1). No one has sought substitution.

Service of the suggestion of death seems to have been adequate. The Rule is

clear about what must happen in these circumstances: Ms. Ballard's claims are

dismissed without prejudice.

The Court has not heard from R.C.A.'s guardian, perhaps because of

uncertainty created by Ms. Ballard's death. *Compare № 84*. The Court needs

to know as soon as possible whether R.C.A. intends to pursue this case.

Report due from R.C.A.'s guardian by 25 September 2013. Any motion to be

paid for time spent or expenses incurred since appointment is due by the

same date. If R.C.A.'s guardian fails to report by the deadline, the Court will

dismiss R.C.A.'s claims without prejudice for failure to prosecute.

In the circumstances, Ms. Ziperski's motion for summary judgment, №
85, is denied without prejudice. The Court understands her desire to get this
case resolved. But coming as it did, in the wake of Ms. Ballard's death and the
resulting murkiness about whether the case would continue without her
driving presence, the motion is simply premature. If R.C.A. wants to press
the case, then there remains plenty of time for motion practice. № 64.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_10 September 2013_