IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELLEN B. BRANTLEY, as
guardian ad litem for R.C.A., a minor                                    PLAINTIFF

v.                          No. 4:12-cv-637-DPM

DELTA TRUST & BANK, as Trustee, and
ROBYN B. ZIPERSKI, as Trustee                                          DEFENDANTS

## ORDER

The Court appreciates the guardian's report. The unopposed motions for fees, № 92 & 93, are granted. The requested fees are reasonable and appropriate in light of the work by the guardian and her lawyer. The unopposed motion for voluntary dismissal, № 97*, is granted. All claims are dismissed without prejudice. The Court will discharge the guardian and enter judgment on 25 October 2013 unless some party requests some other relief before then.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2013

---

*The Court directs the Clerk to amend the docket.