IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELLEN B. BRANTLEY, as
guardian ad litem for R.C.A., a minor                              PLAINTIFF

v.                      No. 4:12-cv-637-DPM

DELTA TRUST & BANK, as Trustee, and
ROBYN B. ZIPERSKI, as Trustee                                      DEFENDANTS

## JUDGMENT

Judge Brantley is discharged as R.C.A.'s guardian. And the complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 October 2013